Argued and submitted October 10, affirmed November 19, 1979

ELLIOTT,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent,*

(No. 77-6450, CA 14849)

602 P2d 353

Richard T. Kropp, Albany, argued the cause for petitioner. With him on the brief was Emmons, Kyle, Kropp & Kryger, Albany.

Darrell E. Bewley, Associate Counsel, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, Salem.

Before Tanzer, Presiding Judge, and Thornton and Campbell, Judges.

PER CURIAM.

**PER CURIAM.**

We agree with the findings of the referee that claimant's emotional condition is not compensable. As to the extent of injury to claimant's back, we defer to the Board.

Affirmed.